Patrick Q. Hustead, # 6-2864
Connor L. Cantrell, # 7-6195
Tucker E. Allen, PHV Admission
The Hustead Law Firm
4643 South Ulster St., Ste. 1250
Denver, CO 80237
Telephone: 303-721-5000
Email: pqh@thlf.com
Email: clc@thlf.com
Email: tea@thlf.com
*Attorneys for Jacobs Enterprise, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| CAMERON KRITNER,<br><br>                Plaintiff,<br><br>     vs.<br><br>JACOBS ENTERPRISE, LLC,<br><br>                Defendant. | Civil No.: 20-CV-69-NDF<br><br>Judge: Nancy D. Freudenthal |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Cameron Kritner ("Plaintiff") and Defendant, Jacobs Enterprise, LLC ("Defendant"), hereby stipulate and agree that all claims between and among Plaintiff and Defendant have been resolved and the above-captioned matter is hereby dismissed with prejudice as to all claims that were asserted or that could have been asserted by Plaintiff or Defendant, without an award of attorneys' fees or costs to any party.

Respectfully submitted this 7th day of June, 2021.

[signatures follow]

*s/ Trent Lowry*
Trent Lowry, PHV Admission
Griffith, Lowry & Meherg, LLC
409 1st Avenue SW
Cullman, Alabama 35055
*Attorney for Plaintiff*


THE HUSTEAD LAW FIRM
    *A Professional Corporation*

*The Original Signature is on File at*
*The Hustead Law Firm, A Professional*
*Corporation*


s/Patrick Q. Hustead

Patrick Q. Hustead, Esq. WY Bar # 6-2864
Connor L. Cantrell, Esq. WY Bar # 7-6195
Tucker E. Allen, Esq. WY Bar # PHV Admission
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
(303) 721-5000
pqh@thlf.com
clc@thlf.com
tea@thlf.com
*Attorneys for Defendant Jacobs Enterprise, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2021, I delivered a true and correct copy of the foregoing Stipulation for Dismissal with Prejudice via ECF and/or Electronic Mail and/or U.S. Mail to the following:

Alex Freeburg
Ethan Morris
Freeburg Law, LLC
235 E. Broadway Ave., Ste. 103
P.O. Box 3442
Jackson, WY 83001

Trent Lowry
Griffith, Lowry & Meherg, LLC
409 1st Ave. SW
Cullman, AL 35055
*Counsel for Plaintiff Cameron Kritner*

*The Original Signature is on File at*
*The Hustead Law Firm, A Professional*
*Corporation*

*s/Patrick Q. Hustead*
_____
Patrick Q. Hustead